604

468 A.2d 845

Commonwealth v. Bonner, Appellant.

Commonwealth v. Walls, Appellant.

Submitted September 30, 1983. John H. Corbett, Jr., Public Defender, for appellants; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Orders affirmed.

468 A.2d 846

Commonwealth v. Bradley, Appellant.

Submitted September 23, 1983. John Francis Lyons, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.